UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:

BROOKS, MARY JEAN

Case no. 10-30974
CHAPTER 7

HON. DANIEL S. OPPERMAN

Debtor.                         /

## TRUSTEE'S EX PARTE MOTION TO REOPEN CASE
## PURSUANT TO 11 U.S.C. §350(b)

Collene K. Corcoran, the Chapter 7 Trustee, requests this Honorable Court to enter an order to Reopen Case pursuant to 11 U.S.C. §350(b) because the Trustee just received information from an attorney representing Ms. Brooks that she failed to disclose a sex discrimination lawsuit, which injury occurred pre-petition. The pleadings in that case indicate that the debtor was terminated from her position in May, 2009, and believed that she has a discrimination claim against her employer from that termination. The debtor filed a bankruptcy on February 25, 2010, the §341 hearing was held April 12, 2010. The debtor did not list this potential claim on her bankruptcy schedules. Based on the information provided in the schedules, the Trustee closed this case as a No Asset Case on April 21, 2010, and the debtor received a discharge on June 14, 2010. On September 23, 2010, the debtor filed a complaint in US District Court against Central Irrigation Supply Inc., case no. 2:10cv-13717 seeking funds for discrimination in termination of her employment. That claim is a pre-petition claim, and any funds the debtor is entitled to receive should be paid to the debtor's creditors, because the debtor failed to disclose this lawsuit on her bankruptcy schedules which she is required to do.

There have been no amendments to the bankruptcy schedules since the initial filing date. The Trustee would like to reopen this case and investigate and pursue this claim. The Trustee was

informed that the jury verdict was awarded today, August 30, 2012, in debtor's favor in the amount of $104,000.  In support of this Motion, the Trustee states as follows:

1. The debtor filed a Chapter 7 case on February 25, 2010.

2. Collene K. Corcoran was appointed trustee, the §341 hearing was held on April 12, 2010, and the case was closed as a no asset case on April 21, 2010.

3. On debtors' Schedule B, the debtor listed no claims or causes of action of any kind against anyone for any reason, and no claims were listed as exempt.

4. On June 22, 2010, the final decree was entered, and the Court closed the bankruptcy case.

5. On August 28, 2012, the Trustee received a letter from counsel for the debtor in the federal lawsuit, disclosing for the first time the existence of this lawsuit brought by the debtor.

6. The Trustee requests that this Court reopen the case to allow the Trustee to administer this case for the benefit of the creditors.

7. The Trustee requests that the Court waive the fee to reopen this case.

WHEREFORE, Collene K. Corcoran, the Chapter 7 Trustee, requests that this Court enter an Order to Reopen the Case and waive the fee for the reopening of the case.

Respectfully submitted,

Dated:  August 30, 2012

/s/ Collene K. Corcoran
Collene K. Corcoran
Chapter 7 Trustee
PO Box 535
Oxford, MI  48371
(248) 969-9300
ccorcoran@epiqtrustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In Re:                                              Case No. 10-30974
                                                     Chapter 7
BROOKS, MARY JEAN,                 Hon. Daniel Opperman

          Debtor.
_____/

**ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO REOPEN CASE**

      IT IS ORDERED that this case, Case No. 10-30974 is re-opened, and that the filing fee for reopening the case is waived. The Chapter 7 Trustee may continue to administer this case.