UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:                                         Case No. 10-30974
MARY JEAN BROOKS,            Chapter 7
                                           Hon. Daniel S. Opperman

                          Debtor.
_____/

**TRUSTEE'S MOTION TO COMPROMISE CLAIM**

       The Chapter 7 Trustee, Collene K. Corcoran, hereby files her Motion to Compromise Claim pursuant to Bankruptcy Rule 9019 and L.B.R. 9014-1. The Trustee has agreed to settle the debtor's claims against Central Irrigation Supply, Inc., for the gross sum of $15,000. The claims against Central Irrigation Supply Inc. were not listed on the debtor's schedules, and therefore, the debtor will not receive any exemption funds from this settlement. Because the Trustee just became aware that these claims existed in August, 2012, the Trustee did not retain an attorney and thus, the estate is not liable for any attorney fees or costs incurred by the debtor post-petition. This settlement with Central Irrigation Supply Inc. includes a settlement of both the complaint filed by the Debtor pending in the US District Court, ED of Michigan, case no. 2:10cv-13717 and the complaint filed by the Debtor in Oakland County Circuit Court, case no. 12-124782. The Trustee believes that this settlement is fair and reasonable, and in the best interest of creditors. By accepting this settlement, the Trustee avoids the risk, should this proceed to trial, that she would collect less than the gross amount of $15,000 because the debtor did not disclose these claims, and the Trustee was unable to be added as the real party in interest in these cases.

In support of this Motion, the Trustee states as follows:

1. The debtor filed a Chapter 7 case on February 25, 2010.

2. Collene K. Corcoran was appointed trustee, the §341 hearing was held on April 12, 2010, and the case was closed as a no asset case on April 21, 2010.

3. On debtors' Schedule B, the debtor listed no claims or causes of action of any kind against anyone for any reason, and no claims were listed as exempt.

4. On June 22, 2010, the final decree was entered, and the Court closed the bankruptcy case.

5. On August 28, 2012, the Trustee received a letter from counsel for the debtor in the federal lawsuit, disclosing for the first time the existence of this lawsuit brought by the debtor.

6. On August 20, 2012, the Trustee filed a Motion to Reopen the bankruptcy case to administer this undisclosed asset, and the Court entered an Order Granting the Motion to Reopen on August 31, 2012.

7. The debtor listed a total of $10,712.98 in unsecured claims.

8. The Trustee negotiated a settlement of two cases filed by the debtor against Central Irrigation Supply Inc., both claims arising pre-petition. At the time of the filing of the Motion to Reopen the case, the Trustee was only aware of one federal case filed by the debtor, but there is also a case pending in Oakland County Circuit Court, as mentioned above.

9. The Trustee believes that the settlement of $15,000 is sufficient to pay all unsecured creditors and administrative fees in full.

10. At this time, there is a pending Motion to Set Aside the jury verdict/Motion to Dismiss case filed by the Defendant, Central Irrigation, because the Trustee was not added as a Plaintiff in the case as required by Michigan law.

11. By accepting this settlement the Trustee avoids the risk, should this case proceed to trial, that she would receive less than the settlement amount. Therefore, the Trustee believes that this compromise is in the best interest of creditors.

WHEREFORE, the Trustee is requesting that this Honorable Court approve the compromise of claim according to the terms stated herein.

Respectfully Submitted,

Dated: September 27, 2012

/s/ Collene K. Corcoran, Trustee
Collene K. Corcoran
Chapter 7 Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
ccorcoran@epiqtrustee.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – FLINT

In re:  
MARY JEAN BROOKS,

Case No. 10-30974  
Chapter 7  
Hon. Daniel S. Opperman

           **Debtor.**  
_____/

## ORDER GRANTING TRUSTEE'S
## MOTION TO COMPROMISE CLAIM

      This matter having come before the Court on the Trustee's Motion to Compromise Claim, and after notice to all parties in interest;

      IT IS HEREBY ORDERED that the Trustee's Motion to Compromise is granted.

      IT IS FURTHER ORDERED that the Trustee is authorized to settle the debtor's claims against Central Irrigation Supply Inc. for the gross amount of $15,000.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:  Case No. 10-30974
**MARY JEAN BROOKS,**  Chapter 7
  Hon. Daniel S. Opperman

**Debtor.**
_____/

**NOTICE OF TIME TO RESPOND TO
TRUSTEE'S MOTION TO COMPROMISE CLAIM**

Chapter 7 Trustee, Collene K. Corcoran, has filed papers with the Court to request Court approval for a compromise of a claim. The Trustee has agreed to settle the debtor's claims against Central Irrigation Supply Inc. for the gross amount of $15,000. These claims were not listed by the debtor on her schedules, and therefore, she will not be receiving any exemption from these funds. The Trustee believes that this compromise is in the best interest of creditors, subject to this Court's approval.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to authorize the motion to compromise claim, or if you want the Court to consider your views on the motion, **within 21 days** after receipt of this Notice, you or your attorney must.

1. File with the court a written response or an answer, explaining your position at:[1]
**United States Bankruptcy Court
226 West Second Street
Flint, MI 48502**

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:
**Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI 48371**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.
**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order grating the relief.**

  Respectfully submitted,

Dated: September 27, 2012  /s/ Collene K. Corcoran, Trustee
  Collene K. Corcoran
  Chapter 7 Trustee
  PO Box 535
  Oxford, MI 48371
  (248)969-9300
  ccorcoran@epiqtrustee.com

---

[1] Response or answer must comply with F.R.Civ.P. 8(b),(c) and (e).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

In re:  Case No. 10-30974
MARY JEAN BROOKS,  Chapter 7
  Hon. Daniel S. Opperman

  Debtor.
_____/

## PROOF OF SERVICE

I, Collene K. Corcoran, hereby state that on September 27, 2012, I electronically filed the ***TRUSTEE'S MOTION TO COMPROMISE CLAIM, PROPOSED ORDER, NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPROMISE CLAIM, and PROOF OF SERVICE*** with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

Office of the U.S. Trustee
Marion.J.Mack@usdoj.gov

Stewart Christian
sacbkfiles@yahoo.com


And I further state that on September 27, 2012 I served a copy of the ***NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION TO COMPROMISE CLAIM*** on the following parties:
those on the attached matrix

via first class US mail, postage prepaid.


  /s/ Collene K. Corcoran
  Collene K. Corcoran
  PO Box 535
  Oxford, MI  48371
  (248) 969-9300
  ccorcoran@epiqtrustee.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 10-30974-dof<br>Eastern District of Michigan<br>Flint<br>Thu Sep 27 14:25:08 EDT 2012 | Capital One Bank (USA), N.A.<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Chase Cardmember Service<br>P.O. Box 94014<br>Palatine, IL 60094-4014 |
| Christian Brooks<br>1455 Crestwood Lane<br>Howell, MI 48843-8588 | GEMoney Card<br>c/o Recovery Mgmt Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Hyundai Motor Finance<br>P.O. Box 9001102<br>Louisville, KY 40290-1102 |
| New York & Company WFNNB<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | Shermeta, Adams & Von Allmen PC<br>P.O. Box 5016<br>Rochester, MI 48308-5016 | TCF National Bank<br>17440 College Parkway<br>Livonia MI 48152-2363<br>MC 604-02-K<br>Attn: RKubany |
| TCF National Bank<br>P.O. Box 1485<br>Minneapolis, MN 55480-1485 | TCF National Bank<br>P.O. Box 1501<br>Minneapolis, MN 55480-1501 | TCF National Bank<br>c/o Shaheen, Jacobs & Ross, PC<br>Eric J. Carmichael, Esq.<br>1425 Ford Bldg, 615 Griswold<br>Detroit, MI 48226 |
| Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 | Toyota Financial<br>P.O. Box 4102<br>Carol Stream, IL 60197-4102 | Collene K. Corcoran<br>P.O. Box 535<br>Oxford, MI 48371-0535 |
| Mary Jean Brooks<br>1455 Crestwood Rd<br>Howell, MI 48843-8588 | Stewart A. Christian<br>2130 W. Grand River Ave.<br>P.O. Box 686<br>Howell, MI 48844-0686 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)TCF National Bank | (u)Daniel M. McDermott | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    2<br>Total                 18 |