FILED
2012 OCT 22 P 1: 48
CLERK
S. BANKRUPTCY COURT
E.D. MICHIGAN-FLINT

RECEIVED
OCT 19 2012
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION -- FLINT

In re:

MARY JEAN BROOKS,

Debtor.

Case No. 10-30974-dof

Hon. Daniel S. Opperman

_____/

## MOTION FOR LEAVE TO FILE PAPER COPY OF SUBSTITUTION OF ATTORNEY AND DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO COMPROMISE CLAIM

Attorney Nicholas Roumel hereby moves this Honorable Court to enter an Order allowing him to file a paper copy of Debtor's Opposition to Trustee's Motion to Compromise Claim (attached as Ex. A). Mr. Roumel has filed documents in the bankruptcy court in the past, however, he is not registered as an ECF user in any bankruptcy court.

Debtor Mary Jean Brooks was originally represented in this action by attorney Stewart A. Christian of Halm & Prine, P.C. Mr. Christian retired November of 2010, has since moved to California, and is no longer a licensed attorney in Michigan or any other state. Mr. Roumel currently represents debtor in a civil action in the United States District Court for the Eastern District of Michigan and has obtained permission from debtor to take over as her counsel in this matter (*See* Substitution of Counsel, attached as Ex. B.)

On September 27, 2012, Chapter 7 Trustee, Collene K. Corcoran filed a Motion to Compromise Claim. Attorney Nicholas Roumel has prepared a response brief on behalf of Debtor, Mary Brooks, however, he is not a registered ECF user in the bankruptcy court.

Becoming registered will take several weeks if not months, as attorneys are required to attend a training session. Due to the importance of this matter, attorney Nicholas Roumel respectfully requests that this Court enter an Order allowing him to file paper copies of 1) Substitution of Attorney and 2) Debtor's Opposition to Trustee's Motion to Compromise Claim. A proposed Order is attached as Exhibit C.

Respectfully submitted,
NACHT, ROUMEL, SALVATORE,
BLANCHARD & WALKER, P.C.

Dated: October 19, 2012

*/s/ Nicholas Roumel*
Nicholas Roumel (P37056)
101 N. Main Street, Ste. 555
Ann Arbor, MI 48104
(734) 663-7550
nroumel@nachtlaw.com

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -- FLINT

In re:
MARY JEAN BROOKS,

       Debtor.

Case No. 10-30974-dof
Hon. Daniel S. Opperman

_____/

## PROOF OF SERVICE

I, Nicholas Roumel, certify that on October 19, 2012, Motion for Leave to File Paper Copy of Substitution of Attorney and Debtor's Opposition to Trustee's Motion to Compromise Claim, together with this Proof of Service were served upon:

    Collene K. Corcoran via email to ccorcoran@epiqtrustee.com
    Office of the U.S. Trustee via email to Marion.J.Mack@usdoj.gov

And I further certify that on October 19, 2012, I served a copy of Motion for Leave to File Paper Copy of Substitution of Attorney and Debtor's Opposition to Trustee's Motion to Compromise Claim, together with this Proof of Service on the parties listed in the attached matrix.

                              Respectfully submitted,
                              NACHT, ROUMEL, SALVATORE,
                              BLANCHARD & WALKER, P.C.

Dated: _____
                              _____
                              Nicholas Roumel (P37056)
                              101 N. Main Street, Ste. 555
                              Ann Arbor, MI 48104
                              (734) 663-7550
                              nroumel@nachtlaw.com

```
Label Matrix for local noticing         Capital One Bank (USA), N.A.         Chase Cardmember Service
0645-4                                  P.O. Box 60599                       P.O. Box 94014
Case 10-30974-dof                       City of Industry, CA 91716-0599      Palatine, IL 60094-4014
Eastern District of Michigan
Flint
Thu Sep 27 14:25:08 EDT 2012

Christian Brooks                        GEMoney Card                         Hyundai Motor Finance
1455 Crestwood Lane                     c/o Recovery Mgmt Systems Corp       P.O. Box 9001102
Howell, MI 48843-8588                   25 S.E. 2nd Avenue, Suite 1120       Louisville, KY 40290-1102
                                        Miami, FL 33131-1605

New York & Company WFNNB                Shermeta, Adams & Von Allmen PC      TCF National Bank
P.O. Box 182125                         P.O. Box 5016                        17440 College Parkway
Columbus, OH 43218-2125                 Rochester, MI 48308-5016             Livonia MI 48152-2363
                                                                             MC 604-02-K
                                                                             Attn: RKubany

TCF National Bank                       TCF National Bank                    TCF National Bank
P.O. Box 1485                           P.O. Box 1501                        c/o Shaheen, Jacobs & Ross, PC
Minneapolis, MN 55480-1485              Minneapolis, MN 55480-1501           Eric J. Carmichael, Esq.
                                                                             1425 Ford Bldg, 615 Griswold
                                                                             Detroit, MI 48226

Target National Bank                    Toyota Financial                     Collene K. Corcoran
P.O. Box 59317                          P.O. Box 4102                        P.O. Box 535
Minneapolis, MN 55459-0317              Carol Stream, IL 60197-4102          Oxford, MI 48371-0535


Mary Jean Brooks                        Stewart A. Christian
1455 Crestwood Rd                       2130 W. Grand River Ave.
Howell, MI 48843-8588                   P.O. Box 686
                                        Howell, MI 48844-0686
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TCF National Bank                    (u)Daniel M. McDermott               End of Label Matrix
                                                                             Mailable recipients   16
                                                                             Bypassed recipients    2
                                                                             Total                 18