UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: § Case No. 10-30974-DSO
§
MARY JEAN BROOKS §
§
§
Debtor §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows: the Final Report is amended to correct the classification of claim number 8 which will now be allowed as a timely claim pursuant to the July 8, 2013 Order Granting Trustee's Amended Motion for Authority to Compromise the Estate's Interest in the Claim Against Central Irrigations Supply, Inc.

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/25/2010. The undersigned trustee was appointed on 02/26/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $32,500.04

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $11,921.29 |
   | Bank service fees | $362.74 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $20,216.01 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/05/2012 and the deadline for filing government claims was 12/05/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,000.00, for a total compensation of $4,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $35.90, for total expenses of $35.90.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/14/2014    By: /s/ Collene K. Corcoran
                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-30974-DSO | | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** | BROOKS, MARY JEAN | | **Date Filed (f) or Converted (c):** | 02/25/2010 (f) |
| **For the Period Ending:** | 1/14/2014 | | **§341(a) Meeting Date:** | 04/12/2010 |
| | | | **Claims Bar Date:** | 12/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Ref. #**

| Ref. # | Asset Description | Petition/Unscheduled Value | Estimated Net Value | Property Abandoned | Sales/Funds Received | FA |
|---|---|---|---|---|---|---|
| 1 | Residence: Location: 1455 Crestwood Rd, Howell MI | $75,000.00 | $0.00 | | $0.00 | FA |
| 2 | TCF Checking #2626 | $600.00 | $0.00 | | $0.00 | FA |
| 3 | National City checking #7186 | $10.50 | $0.00 | | $0.00 | FA |
| 4 | National City savings #6628 | $0.09 | $0.00 | | $0.00 | FA |
| 5 | Couch | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Chair | $37.50 | $0.00 | | $0.00 | FA |
| 7 | Tables | $37.50 | $0.00 | | $0.00 | FA |
| 8 | Television | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Stereo | $50.00 | $0.00 | | $0.00 | FA |
| 10 | Laptop | $250.00 | $0.00 | | $0.00 | FA |
| 11 | Dining room set | $37.50 | $0.00 | | $0.00 | FA |
| 12 | Stove | $37.50 | $0.00 | | $0.00 | FA |
| 13 | Refrigerator | $37.50 | $0.00 | | $0.00 | FA |
| 14 | Microwave | $10.00 | $0.00 | | $0.00 | FA |
| 15 | Baby crib/furniture | $87.50 | $0.00 | | $0.00 | FA |
| 16 | Bedroom furniture | $100.00 | $0.00 | | $0.00 | FA |
| 17 | Old televisions | $50.00 | $0.00 | | $0.00 | FA |
| 18 | Basement computer | $375.00 | $0.00 | | $0.00 | FA |
| 19 | Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 20 | Wedding ring | $2,000.00 | $0.00 | | $0.00 | FA |
| 21 | John Hancock Central Irrigation Elmsford, NY, 1052 | $3,274.25 | $0.00 | | $0.00 | FA |
| 22 | 2009 Toyota Matrix Lease | $14,000.00 | $0.00 | | $0.00 | FA |
| 23 | 2006 Schwinn 150 Graduate Scooter | $382.50 | $0.00 | | $0.00 | FA |
| 24 | 2006 Schwinn 50CG Collegiate Scooter | $260.00 | $0.00 | | $0.00 | FA |
| 25 | Dog | $0.00 | $0.00 | | $0.00 | FA |
| 26 | Old John Deere Tractor | $750.00 | $0.00 | | $0.00 | FA |
| 27 | DISCRIMINATION LAWSUIT (u) | $0.00 | $15,000.00 | | $32,500.00 | FA |
| **Asset Notes:** | PRE-PETITION CLAIM, NOT DISCLOSED BY DEBTOR | | | | | |
| 28 | void – this asset was created due to conversion of system | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Asset | Unknown | Unknown | | $0.04 | FA |

**TOTALS (Excluding unknown value)**                                      **Gross Value of Remaining Assets**

$97,637.34      $15,000.00            $32,500.04      $0.00

**Major Activities affecting case closing:**
AMENDED FINAL REPORT TO UST/TRUSTEE FEE APP FILED

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-30974-DSO | | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** | BROOKS, MARY JEAN | | **Date Filed (f) or Converted (c):** | 02/25/2010 (f) |
| **For the Period Ending:** | 1/14/2014 | | **§341(a) Meeting Date:** | 04/12/2010 |
| | | | **Claims Bar Date:** | 12/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 09/01/2014           /s/ COLLENE K. CORCORAN
**Current Projected Date Of Final Report (TFR):** 12/19/2013           COLLENE K. CORCORAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-30974-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | BROOKS, MARY JEAN | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0154 | | Checking Acct #: | ******0082 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2010 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 1/14/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/12/2013 | | BANK OF KANSAS CITY | Transfer Funds | 9999-000 | $14,949.12 | | $14,949.12 |
| 02/25/2013 | 5001 | Internal Revenue Service | EMPLOYER ID NO 35-6990154 - 2012 FORM 1041 | 2810-000 | | $528.00 | $14,421.12 |
| 02/25/2013 | 5002 | STATE OF MICHIGAN | EMPLOYER ID NO.: 35-6990154 - 2012 FORM MI-1041 | 2820-000 | | $487.00 | $13,934.12 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $13.23 | $13,920.89 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.69 | $13,898.20 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.71 | $13,876.49 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $22.39 | $13,854.10 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $21.63 | $13,832.47 |
| 07/16/2013 | (27) | CENTRAL IRRIGATION | PER ORDER DATED 7/8/13 | 1249-000 | $17,500.00 | | $31,332.47 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $34.93 | $31,297.54 |
| 08/06/2013 | 5003 | STATE OF MICHIGAN | ESTATE EIN: 35-6990154 - 2013 FORM MI-1041 | 2820-000 | | $578.00 | $30,719.54 |
| 08/09/2013 | 5004 | RICHARD A. PALLAS, P.C. | ACCOUNTANT FOR THE TRUSTEE FEES - PER ORDER DATED 8/6/13 | 3410-000 | | $900.00 | $29,819.54 |
| 08/09/2013 | 5005 | RICHARD A. PALLAS, P.C. | ACCOUNTANT FOR THE TRUSTEE - EXPENSES - PER ORDER DATED 8/6/13 | 3420-000 | | $32.14 | $29,787.40 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $49.28 | $29,738.12 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $46.44 | $29,691.68 |
| 10/28/2013 | 5006 | BEADLE SMITH PLC | ATTORNEY FOR THE TRUSTEE FEES - PER ORDER DATED 10/28/13 | 3210-000 | | $9,105.00 | $20,586.68 |
| 10/28/2013 | 5007 | BEADLE SMITH PLC | ATTORNEY FOR THE TRUSTEE EXPESNES - PER ORDER DATED 10/28/13 | 3220-000 | | $291.15 | $20,295.53 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $47.91 | $20,247.62 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.61 | $20,216.01 |
| | | | | SUBTOTALS | $32,449.12 | $12,233.11 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-30974-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | BROOKS, MARY JEAN | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***0154 | | Checking Acct #: | ******0082 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2010 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 1/14/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $32,449.12 | $12,233.11 | $20,216.01 |
| | | | **Less: Bank transfers/CDs** | | $14,949.12 | $0.00 | |
| | | | **Subtotal** | | $17,500.00 | $12,233.11 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $17,500.00 | $12,233.11 | |

| For the period of 2/25/2010 to 1/14/2014 | | For the entire history of the account between 02/12/2013 to 1/14/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $17,500.00 | Total Compensable Receipts: | $17,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,500.00 | Total Comp/Non Comp Receipts: | $17,500.00 |
| Total Internal/Transfer Receipts: | $14,949.12 | Total Internal/Transfer Receipts: | $14,949.12 |
| | | | |
| Total Compensable Disbursements: | $12,233.11 | Total Compensable Disbursements: | $12,233.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,233.11 | Total Comp/Non Comp Disbursements: | $12,233.11 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-30974-DSO | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | BROOKS, MARY JEAN | | Bank Name: | BANK OF KANSAS CITY |
| Primary Taxpayer ID #: | **-***0154 | | Checking Acct #: | ******0092 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking - Non Interest |
| For Period Beginning: | 2/25/2010 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 1/14/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2012 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | $14,993.89 | | $14,993.89 |
| 11/15/2012 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $11.06 | $14,982.83 |
| 12/14/2012 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $16.59 | $14,966.24 |
| 01/16/2013 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | $17.12 | $14,949.12 |
| 02/12/2013 | | Bank of Texas | Transfer Funds | 9999-000 | | $14,949.12 | $0.00 |
| | | | **TOTALS:** | | $14,993.89 | $14,993.89 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $14,993.89 | $14,949.12 | |
| | | | **Subtotal** | | $0.00 | $44.77 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $44.77 | |

| For the period of 2/25/2010 to 1/14/2014 | | For the entire history of the account between 10/12/2012 to 1/14/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $14,993.89 | Total Internal/Transfer Receipts: | $14,993.89 |
| | | | |
| Total Compensable Disbursements: | $44.77 | Total Compensable Disbursements: | $44.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $44.77 | Total Comp/Non Comp Disbursements: | $44.77 |
| Total Internal/Transfer Disbursements: | $14,949.12 | Total Internal/Transfer Disbursements: | $14,949.12 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-30974-DSO | **Trustee Name:** Collene K. Corcoran |
| **Case Name:** | BROOKS, MARY JEAN | **Bank Name:** Bank of America |
| **Primary Taxpayer ID #:** | **-***0154 | **Money Market Acct #:** ******7627 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market - Interest Bearing |
| **For Period Beginning:** | 2/25/2010 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 1/14/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/27/2012 | (27) | CENTRAL IRRIGATION | PER ORDER DATED 7/8/13 | 1249-000 | $15,000.00 | | $15,000.00 |
| 10/12/2012 | (INT) | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $15,000.04 |
| 10/12/2012 | | Bank of America | BANK FEES | 2600-000 | | $6.15 | $14,993.89 |
| 10/12/2012 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | $14,993.89 | $0.00 |
| 07/16/2013 | (27) | CENTRAL IRRIGATION | PER ORDER DATED 7/8/13 | 1249-000 | $17,500.00 | | $17,500.00 |
| 07/16/2013 | (27) | CENTRAL IRRIGATION | PER ORDER DATED 7/8/13 | 1249-000 | ($17,500.00) | | $0.00 |
| | | | **TOTALS:** | | $15,000.04 | $15,000.04 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $14,993.89 | |
| | | | **Subtotal** | | $15,000.04 | $6.15 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,000.04 | $6.15 | |

| For the period of 2/25/2010 to 1/14/2014 | | For the entire history of the account between 09/27/2012 to 1/14/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,000.04 | Total Compensable Receipts: | $15,000.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.04 | Total Comp/Non Comp Receipts: | $15,000.04 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6.15 | Total Compensable Disbursements: | $6.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6.15 | Total Comp/Non Comp Disbursements: | $6.15 |
| Total Internal/Transfer Disbursements: | $14,993.89 | Total Internal/Transfer Disbursements: | $14,993.89 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5, Exhibit B

| | | |
|---|---|---|
| **Case No.** | 10-30974-DSO | **Trustee Name:** Collene K. Corcoran |
| **Case Name:** | BROOKS, MARY JEAN | **Bank Name:** Bank of America |
| **Primary Taxpayer ID #:** | **-***0154 | **Money Market Acct #:** ******7627 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market - Interest Bearing |
| **For Period Beginning:** | 2/25/2010 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 1/14/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $32,500.04 | $12,284.03 | $20,216.01 |

**For the period of 2/25/2010 to 1/14/2014**

| | |
|---|---|
| Total Compensable Receipts: | $32,500.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,500.04 |
| Total Internal/Transfer Receipts: | $29,943.01 |
| | |
| Total Compensable Disbursements: | $12,284.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,284.03 |
| Total Internal/Transfer Disbursements: | $29,943.01 |

**For the entire history of the case between 02/25/2010 to 1/14/2014**

| | |
|---|---|
| Total Compensable Receipts: | $32,500.04 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,500.04 |
| Total Internal/Transfer Receipts: | $29,943.01 |
| | |
| Total Compensable Disbursements: | $12,284.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,284.03 |
| Total Internal/Transfer Disbursements: | $29,943.01 |

Page No: 1
Exhibit C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 10-30974-DSO | | | | | | **Trustee Name:** | Collene K. Corcoran | |
| **Case Name:** | BROOKS, MARY JEAN | | | | | | **Date:** | 1/14/2014 | |
| **Claims Bar Date:** | 12/05/2012 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | COLLENE K. CORCORAN P.O. Box 535 Oxford MI 48371 | Trustee Compensation | Allowed | 2100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| | COLLENE K. CORCORAN P.O. Box 535 Oxford MI 48371 | Trustee Expenses | Allowed | 2200-000 | $35.90 | $0.00 | $0.00 | $0.00 | $35.90 |
| 1 | TCF NATIONAL BANK 17440 College Parkway Livonia MI 48152 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | TRUSTEE DID NOT ADMINISTER THE ASSET IN WHICH CREDITOR ASSERTS A SECURITY INTEREST - CLAIM WILL NOT BE PAID - IN RE: PADGETT | | | | | | | | |
| 2 | TCF NATIONAL BANK 17440 College Parkway Livonia MI 48152 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | TRUSTEE DID NOT ADMINISTER THE ASSET IN WHICH CREDITOR ASSERTS A SECURITY INTEREST - CLAIM WILL NOT BE PAID - IN RE: PADGETT | | | | | | | | |
| 2a | TCF NATIONAL BANK 17440 College Parkway Livonia MI 48152 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,546.75 | $0.00 | $0.00 | $0.00 | $7,546.75 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland WA 98083-0788 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $101.41 | $0.00 | $0.00 | $0.00 | $101.41 |
| 4 | CAPITAL ONE BANK (USA), N.A. P.O. Box 60599 City of Industry CA 91716-0599 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $537.57 | $0.00 | $0.00 | $0.00 | $537.57 |
| 5 | CHASE CARDMEMBER SERVICE P.O. Box 94014 Palatine IL 60094-4014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,740.45 | $0.00 | $0.00 | $0.00 | $1,740.45 |
| 6 | HYUNDAI MOTOR FINANCE P.O. Box 9001102 Louisville KY 40290-1102 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $278.00 | $0.00 | $0.00 | $0.00 | $278.00 |

| Case No. | 10-30974-DSO | | | | | | | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BROOKS, MARY JEAN | | | | | | | | Date: | 1/14/2014 |
| Claims Bar Date: | 12/05/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | TARGET NATIONAL BANK<br><br>P.O. Box 59317<br>Minneapolis MN 55459-0317 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $8,057.39 | $0.00 | $0.00 | $0.00 | $8,057.39 |
| 8 | NACHT, ROUMEI, SALVATORE, BLANCHARD & WALKER P.C.<br>Attn: Nicholas Roumei<br>101 N. Main Street, Suite 555<br>Ann Arbor MI 48104 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,650.00 | $0.00 | $0.00 | $0.00 | $9,650.00 |
| **Claim Notes:** | CLAIM ALLOWD PER ORDER DATED 7/8/13 | | | | | | | | |
| 9 | NACHT, ROUMEI, SALVATORE, BLANCHARD & WALKER P.C.<br>Attn: Nicholas Roumei<br>101 N. Main Street, Suite 555<br>Ann Arbor MI 48104 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $9,747.99 | $0.00 | $0.00 | $0.00 | $9,747.99 |
| | | | | | $41,695.46 | $0.00 | $0.00 | $0.00 | $41,695.46 |

| Case No. | 10-30974-DSO | Trustee Name: Collene K. Corcoran |
| Case Name: | BROOKS, MARY JEAN | Date: 1/14/2014 |
| Claims Bar Date: | 12/05/2012 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $27,911.57 | $27,911.57 | $0.00 | $0.00 | $0.00 | $27,911.57 |
| Real Estate - Consensual Liens | $132,028.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $9,747.99 | $9,747.99 | $0.00 | $0.00 | $0.00 | $9,747.99 |
| Trustee Compensation | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| Trustee Expenses | $35.90 | $35.90 | $0.00 | $0.00 | $0.00 | $35.90 |

Exhibit D

# AMENDED TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-30974-DSO
Case Name: MARY JEAN BROOKS
Trustee Name: Collene K. Corcoran

Balance on hand: $20,216.01

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | TCF National Bank | $103,350.87 | $0.00 | $0.00 | $0.00 |
| 2 | TCF National Bank | $28,677.42 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $20,216.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Collene K. Corcoran, Trustee Fees | $4,000.00 | $0.00 | $4,000.00 |
| Collene K. Corcoran, Trustee Expenses | $35.90 | $0.00 | $35.90 |

Total to be paid for chapter 7 administrative expenses: $4,035.90
Remaining balance: $16,180.11

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $16,180.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $16,180.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,911.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2a | TCF National Bank | $7,546.75 | $0.00 | $4,374.80 |
| 3 | Quantum3 Group LLC as agent for | $101.41 | $0.00 | $58.79 |
| 4 | Capital One Bank (USA), N.A. | $537.57 | $0.00 | $311.62 |
| 5 | Chase Cardmember Service | $1,740.45 | $0.00 | $1,008.92 |
| 6 | Hyundai Motor Finance | $278.00 | $0.00 | $161.15 |
| 7 | Target National Bank | $8,057.39 | $0.00 | $4,670.80 |
| 8 | Nacht, Roumei, Salvatore, Blanchard & Walker P.C. | $9,650.00 | $0.00 | $5,594.03 |

|  | Total to be paid to timely general unsecured claims: | $16,180.11 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $9,747.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9 | Nacht, Roumei, Salvatore, Blanchard & Walker P.C. | $9,747.99 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |