UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**In re:**                                                   **Case No.:** 10-30974-DSO
**Mary Jean Brooks**                            **Chapter 7**
                                                      **Hon. Daniel S. Opperman**

                                                      **Debtor**
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $ 4,831.95 represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 6 | Hyundai Motor Finance<br>PO Box 9001102<br>Louisville, KY 40290-1102 | $161.15 |
| 8 | Target National Bank<br>PO Box 59317<br>Minneapolis, MN 5549-0317 | $4,670.80 |
| | **Total** | $4,831.95 |

Dated: <u>March 11, 2014</u>                                               /s/ Collene K. Corcoran
                                                                          Collene K. Corcoran, Trustee
                                                                          P.O. Box 535
                                                                          Oxford, MI 48371
                                                                          (248) 969-9300
                                                                          trusteecorcoran@gmail.com